IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAYNE STALLINGS,

    Plaintiff,

-vs-

CITY OF JOHNSTON CITY et al,

    Defendants.                                     No. 13-cv-422-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**. This matter is before the Court on a jury trial that was completed on June 20, 2016.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the jury verdict rendered on June 20, 2016, judgment is entered in favor of the defendants.

                                                         JUSTINE FLANAGAN,
                                                         ACTING CLERK OF COURT

                                                         BY:  s/*Caitlin Fischer*
                                                                 **Deputy Clerk**

**DATED:** June 21, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.06.21
10:00:03 -05'00'

**APPROVED:**
    **U.S. DISTRICT JUDGE**
    **U. S. DISTRICT COURT**